UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION – LOS ANGELES

CYNTHIA ANN MORONEY,

Plaintiff

vs.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

CASE NO.: 2:25-CV-04307-SK

**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that attorney fees under EAJA, in the amount of TWELVE THOUSAND DOLLARS ($12,000.00), are awarded to Plaintiff, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: 10/22/2026

STEVE KIM
UNITED STATES MAGISTRATE JUDGE